IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ADOLFO PINEDA : | |
| : | |
| Plaintiff, : | |
| : | Case No. 1:14-cv-01736-JEB |
| v. : | |
| : | |
| MIO DC, LLC, *et al*, : | |
| : | |
| Defendants. : | |

**NOTICE OF DISMISSAL**

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, the above captioned action.

        Respectfully submitted,

        STEIN SPERLING BENNETT
        DE JONG DRISCOLL PC

By:  /s/ *Mary Craine Lombardo*
        Mary Craine Lombardo (495881)
        25 West Middle Lane
        Rockville, Maryland 20850
        (301) 340-2020
        (301) 354-8126 – facsimile
        mlombardo@steinsperling.com

        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of February, 2015, a copy of the foregoing was served, via the Court's electronic case filing system, on the following person(s):

        Stuart A. Weinstein-Bacal
        WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.
        Gonzalez Padin Building, Penthouse
        154 Rafael Cordero Street, Plaza de Armas
        Old San Juan, Puerto Rico 00901

                                    /s/ *Mary Craine Lombardo*
                                Mary Craine Lombardo